# Third District Court of Appeal

**State of Florida**

Opinion filed December 13, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-379
Lower Tribunal No. 15-4295
_____

**Teresita Abadin Lanza,**
Appellant,

vs.

**Carlos Lanza,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

Perez-Abreu & Martin-Lavielle, P.A., and Andy W. Acosta and Javier Perez-Abreu, for appellant.

Greene Smith Jean, P.A., and Cynthia L. Greene, Laura Davis Smith, and Alicia M. De La O, for appellee.

Before ROTHENBERG, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

We affirm the trial court's abatement of alimony and child support. We do so with the understanding that the trial court's oral pronouncement at the hearing allows the former wife to conduct discovery and, if necessary, seek relief from the trial court in relation to the propriety, amount, and duration of the abatement.

Affirmed.